# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEROY W. DADE, JR., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-1381 |
| GAUDENZIA DRC, INC., *et al.* : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 7th day of January 2014, upon careful consideration of the motion to dismiss filed by defendants, Gaudenzia DRC, Inc., Shakiya Drummond, Sharronna Holmes, Melvin Thompson, Erin Sutton, and Patricia O'Connor (Doc. # 26), and plaintiff's response thereto, it is hereby **ORDERED** that the motion is **GRANTED** and plaintiff's complaint and supplement are dismissed **WITH PREJUDICE**.

The Clerk is directed to mark this case as **CLOSED**.

/s/ William H. Yohn Jr.
William H. Yohn Jr., Judge